# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

  -vs-

VICTOR DUNSON,

    Defendant.

Case No. 3:21-CR-0006

Magistrate Judge Peter B. Silvain, Jr.

## ORDER FOR COMPETENCY EVALUATION

    This case is before the Court for consideration of whether Defendant's behavior raises questions about his competence and his ability to assist in his own defense. At a virtual hearing held on November 17, 2021, Special Assistant United States Attorney Julienne McCammon joined Defendant's counsel, Assistant Federal Public Defender Cheryl Bennett in moving to have the Defendant evaluated to determine competency to stand trial. The motion is granted.

    Accordingly, the Court finds there is good cause to believe Defendant is not competent, and therefore finds, pursuant to 18 U.S.C. 4241(a), that there is reasonable cause to believe that Defendant may be presently suffering from a mental disease or defect rendering Defendant incompetent to the extent that Defendant is unable to understand the nature and consequences of the proceedings or to properly assist in the defense.

    Therefore, pursuant to 18 U.S.C. 4247(b), Defendant is ordered to be evaluated by Dr. Massimo DeMarchis as soon as possible.  Dr. Massimo DeMarchis shall file a prompt report with this Court pursuant to 18 U.S.C. 4247(c)

January 10, 2022

                                                     *s/ Peter B. Silvain, Jr.*
                                                     Judge Peter B. Silvain, Jr.
                                                     United States Magistrate Judge