# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:21-CR-6 |
| Plaintiff, | : | |
| vs. | : | Magistrate Judge Peter B. Silvain, Jr. |
| VICTOR DUNSON, | : | |
| Defendant. | : | |

## SECOND ORDER FOR COMPETENCY EVALUATION

This matter is before the Court on the Defendant's failure to appear at his Court-ordered competency evaluation on January 15, 2022. Following a conference call with the parties, the Court reiterates its prior finding that there is good cause to believe that Defendant is not competent and that he may be presently suffering from a mental disease or defect rendering Defendant incompetent to the extent that Defendant is unable to understand the nature and consequence of the proceedings to properly assist in the defense.

Therefore, pursuant to 18 U.S.C.§ 4247(b), Defendant is **ORDERED** to be evaluated by Dr. Massimo DeMarchis as soon as possible. Dr. DeMarchis shall file a prompt report with this Court pursuant to 18 U.S.C. § 4247(c).

Further, it is requested that the U.S. Marshals Service coordinate with and transport Defendant to his evaluation with Dr. DeMarchis.

**IT IS SO ORDERED**.

January 19, 2022                                *s/Peter B. Silvain, Jr.*
                                                                   Peter B. Silvain, Jr.
                                                                   United States Magistrate Judge